IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BILLY WAYNE JENKINS, SR.,
on behalf of B.W.J., a minor                                    PLAINTIFF

v.                          No. 4:14-cv-257-DPM-JTK

SOCIAL SECURITY ADMINISTRATION,
Commissioner                                                    DEFENDANT

ORDER

Unopposed recommendation, № 10, adopted with two corrections.*FED. R. CIV. P. 72(b) (Advisory Committee Notes to 1983 Addition). The Court affirms the Commissioner's decision.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

2 April 2015

---

* The first full sentence on page 5 should read: "The ALJ also discussed why the scores under-estimated B.W.J.'s intellectual functioning." The heading sentence in the first full paragraph on that same page should read: "The ALJ had a sufficient basis for rejecting the May 2011 and August 2011 IQ scores."