IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BILLY WAYNE JENKINS, SR.,
on behalf of B.W.J., a minor                                            PLAINTIFF

v.                          No. 4:14-cv-257-DPM

SOCIAL SECURITY ADMINISTRATION,
Commissioner                                                            DEFENDANT

## JUDGMENT

Jenkins's complaint is dismissed with prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

2 April 2015